AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

FID 10767920

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Alfredo Rodriguez-Gonzalez | )<br>)<br>) Case No. 24cr257-JEB<br>)<br>) |

**RECEIVED**
By USMS District of Columbia District Court at 8:58 am, Jun 21, 2024

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Alfredo Rodriguez-Gonzalez

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
See attached petition.

Date: 6/20/24

City and State: DC

*Issuing Officer's Signature*
J. Baskey CJ
*Printed Name and Title*

### Return

This warrant was received on *(date)* 6/20/24, and the person was arrested on *(date)* 6/25/24
at *(city and state)* Washington DC

Date: 6/25/24

*Arresting Officer's Signature*
Ross Kantola   DUSM
*Printed Name and Title*